## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHARLES E. ALEXANDER/RYAHIM, JR.                                    PETITIONER
ADC #111057

5:11CV00102 JLH/HDY

RAY HOBBS                                                           RESPONDENT
Director, Arkansas Department
of Correction

## ORDER

Petitioner has filed a petition for a writ of *habeas corpus*, and paid the filing fee.

The Clerk will serve a copy of the petition (docket entry #2), and this order, on the respondent and the Attorney General by regular mail.

The respondent will file an answer, motion, or other response, to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within 21 days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this   11   day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE