IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ALEXANDER/RYAHIM                               PETITIONER

VS.                    CASE NO. 5:11CV00102 JLH/HDY

RAY HOBBS, Director of the
Arkansas Department of Correction                       RESPONDENT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

>   Clerk, United States District Court
>   Eastern District of Arkansas
>   600 West Capitol Avenue, Suite A149
>   Little Rock, AR 72201-3325

## DISPOSITION

Charles Alexander/Ryahim, an inmate in the custody of the Arkansas Department of Correction (ADC), filed this application for writ of habeas corpus pursuant to 28 U.S.C. §2254. Mr. Alexander/Ryahim was found guilty of first-degree murder and sentenced to life imprisonment following a 1997 jury trial in the Circuit Court of Pulaski County. On direct appeal, the Arkansas Court of Appeals affirmed the conviction. *Alexander v. State*, 335 Ark. 131 (1998). In 1999, Mr. Alexander/Ryahim unsuccessfully attacked this conviction in the trial court, filing a Rule 37 petition. The trial court's decision was affirmed on appeal. *Alexander v. State*, CR 00-453 (Ark. Nov. 8, 2001) (*per curiam*). In August of 2007, the petitioner challenged his murder conviction in this Court by filing and prosecuting to conclusion a federal petition for writ of habeas corpus. *Alexander/Ryahim v. Norris*, Case No. 5:07CV00222. This Court denied relief and judgment was entered against the petitioner on January 11, 2008. Both this Court and the Eighth Circuit Court of Appeals denied Mr. Alexander/Ryahim's request for a certificate of appealability. In December of 2009 the petitioner filed an application with the Eighth Circuit Court of Appeals for permission to file a successive petition. The request was denied on March 25, 2010. See Docket entry no. 14-5. In April of 2011, Mr. Alexander/Ryahim filed another application with the Eighth Circuit Court of Appeals for permission to file a successive petition. The parties agree that this petition remains pending.

The respondent moves to dismiss the current petition for failing to receive permission from

the Eighth Circuit Court of Appeals to file this successive petition.

28 U.S.C. § 2244(b)(3)(A) provides: "Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." The statutory language is clear that permission must be received before the filing of the successive petition with the district court. It is not sufficient to seek permission. As a result, we recommend that the petition be dismissed without prejudice pending an order from the Eighth Circuit Court of Appeals containing authorization for filing.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, we recommend the certificate of appealability be denied.

IT IS SO ORDERED this   31   day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE