IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ALEXANDER/RYAHIM                                                            PETITIONER

v.                                          NO. 5:11CV00102 JLH

RAY HOBBS, Director of the
Arkansas Department of Correction                                                   RESPONDENT

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects, with one exception. The recommended disposition stated that Alexander/Ryahim's April 2011 application to the Eighth Circuit for permission to file a second or successive petition was pending. On June 6, 2011, the Eighth Circuit denied that application. Alexander/Ryahim v. State of Arkansas, Eighth Cir. Docket No. 11-1955. Judgment will be entered accordingly.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, the certificate of appealability is denied.

IT IS SO ORDERED this 23rd day of June, 2011.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE