**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHARLES ALEXANDER/RYAHIM                                                            PETITIONER

v.                                        NO. 5:11CV00102 JLH

RAY HOBBS, Director of the
Arkansas Department of Correction                                                   RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 23rd day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE